STATE v. SMITH

No. 280P99

Case below: 133 N.C.App. 349

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1999.

STATE v. SOUSA

No. 438P99

Case below: 134 N.C.App. 732

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

STATE v. TAYLOR

No. 362P99

Case below: 134 N.C.App. 188

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 November 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

STATE v. THOMAS

No. 445P99

Case below: 134 N.C.App. 560

Motion by Attorney General to dismiss the appeal for lack of substantial question allowed 4 November 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

STATE v. THOMAS

No. 91A95-3

Case below: 350 N.C. 849
                    Wake County Superior Court

Motion by defendant for reconsideration of petition for writ of certiorari denied 15 September 1999. Motion by Attorney General to respond denied 15 September 1999.